125 F. 1000

### ALASKA MEXICAN GOLD MINING CO. v. BURNS.

No. 954.

Circuit Court of Appeals, Ninth Circuit.

Oct. 16, 1903.

Malony & Cobb, for appellant.

W. E. Crews and L. S. B. Sawyer, for appellee.

Appeal dismissed, for failure to print record, under rule 23.